1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   MARTIN BINMON AVERY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN BINMON AVERY,<br><br>Defendant. | CR 12-00618 CW<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the detention hearing date of November 1, 2012 presently scheduled at 9:30 a.m., before the Honorable Donna M. Ryu, be vacated and re-set for November 6, 2012 at 9:30 a.m.

The requested continuance is necessary because government counsel is unavailable on November 1 and 2, 20121 and defense counsel is unavailable on November 5, 2012.

The parties agree and stipulate that the time until November 6, 2012 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a

speedy and public trial. The continuance is necessary to afford the Defendant and the government continuity of counsel.

Date: October 30, 2012  /s/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for defendant MARTIN AVERY

Date: October 30, 2012  /s/
OWEN MARTIKAN
Assistant United States Attorney

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford the defendant and the government continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to November 6, 2012 at 9:30 a.m., before the Honorable Donna M. Ryu, and that time is excluded until November 6, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(a) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

10/30/2012
Date                                HON. DONNA M. RYU
                                    UNITED STATES MAGISTRATE JUDGE